# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137136 (80)(81)

CITIZENS PROTECTING MICHIGAN'S
CONSTITUTION, LOWELL R. ULRICH,
MICHAEL BISHOP, ALAN L. CROPSEY,
VIRGIL SMITH, JR., and MIKE BRYANTON,
Plaintiffs-Appellees,

v

SC: 137136
COA: 286734

SECRETARY OF STATE and BOARD OF
STATE CANVASSERS,
      Defendants-Appellees,
and

REFORM MICHIGAN GOVERNMENT NOW!,
      Intervening
      Defendant-Appellant.
_____

      On order of the Chief Justice, the motion by the Attorney General for leave to participate in oral argument as *amicus curiae* is GRANTED. The Attorney General may present 10 minutes of argument following the arguments of the parties.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2008

_____
Clerk